IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25CR14 |
| | ) | |
| ROBERT ALAN PEPUS | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

NOTICE is hereby given that Assistant Federal Public Defender Yemi Olaiya is replacing Jeffery Carr, Assistant Federal Public Defender, as counsel for the defendant, Robert Alan Pepus, in the above-captioned action.

DATE: July 10, 2026

Respectfully submitted:

s/ *Yemi Olaiya*

Yemi Olaiya
Assistant Federal Public Defender
Federal Public Defender's Office
1001 Liberty Avenue, Suite 1500
Pittsburgh, PA 15222-3714
T: 412.644.6565
F: 412.644.4594
E: Yemi_Olaiya@fd.org
P.A. Attorney I.D. No. 330344